## 58089. MERRIWEATHER v. THE STATE.

BANKE, Judge.

Following a full and careful examination of the record, the court has determined that this appeal is wholly frivolous. Accordingly, appointed counsel's request to withdraw is granted, and the appeal is dismissed pursuant to Anders v. California, 386 U. S. 738 (87 SC 1396, 18 LE2d 493) (1966), and *Bethay v. State,* 237 Ga. 625 (229 SE2d 406) (1976).

*Appeal dismissed. McMurray, P. J., and Underwood, J., concur.*

DECIDED JULY 3, 1979.

*H. Lamar Cole, District Attorney, Dwight H. May, Assistant District Attorney,* for appellee.